Case 4:19-cv-00573   Document 9   Filed 04/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOROLA BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-00573 |
| JAI-MART INC. AND GJN L.L.C., ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING CONSENT DECREE AND DISMISSAL
OF DEFENDANTS WITH PREJUDICE**

THIS CAUSE is before the Court on the Plaintiff's Joint Stipulation to Approve Consent Decree and Dismiss Defendants, JAI-MART INC. AND GJN L.L.C., with Prejudice [D.E. # 8]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants, JAI-MART INC. AND GJN L.L.C., with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree; Defendants, JAI-MART INC. AND GJN L.L.C., is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

DONE AND SIGNED in Chambers, at Houston, Texas, this 17th day of April, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE